No. 87–5012.   COLUNGA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–5013.   ANDREWS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–5014.   DIAZ *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 87–5015.   DAVIS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–5016.   FONFRIAS *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 87–5017.   FOREMAN *v.* INTERNAL REVENUE SERVICE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–5018.   BUCK *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 87–5019.   BOLES *v.* FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 87–5020.   TUBBS ET AL. *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–5021.   EASLEY *v.* KOSCINSKI ET AL.   C. A. 3d Cir. Certiorari denied.

No. 87–5022.   JEWELL *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 87–5023.   VAN SANT *v.* ARLINGTON COUNTY, VIRGINIA. C. A. 4th Cir.   Certiorari denied.

No. 87–5024.   MIXON *v.* NEW ORLEANS POLICE DEPARTMENT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–5026.   SAUNDERS *v.* RASKIN ET AL.   C. A. 3d Cir. Certiorari denied.